1

Patricia S. Waldeck, Esq. (SBN #82820)
**LAW OFFICES OF PATRICIA S. WALDECK**

2

633 West Fifth Street, 64th Floor
Los Angeles, California  90071

3

Phone:     (213) 488-5294
Facsimile: (213) 629-4563

4

5

Attorney for Third-Party Defendant,
Overseas Operations, Inc.

6

7

UNITED STATES DISTRICT COURT

8

CENTRAL DISTRICT OF CALIFORNIA

9

10

F. JAY CRAWFORD, an individual, and
VIRGINIA CRAWFORD, an Individual,

CASE NO.: CV 2960 AHM (JCx)

11

Plaintiffs,

**ANSWER OF THIRD-PARTY
DEFENDANT OVERSEAS
OPERATIONS, INC. TO THIRD-PARTY
PLAINTIFF DELTA SCIENTIFIC
CORPORATION**

12

vs.

13

14

DELTA SCIENTIFIC CORPORATION, a
California Corporation,

15

Defendant.

16

17

DELTA SCIENTIFIC CORPORATION, a
California Corporation,

18

Third-Party Plaintiff,

19

vs.

20

21

FRAMACO INTERNATIONAL, INC.; RE &
RE; THE UNITED STATES OF AMERICA;
TANTELY RAMBELSON; and EMBASSY
ASSOCIATION SERVICES FOR
EMPLOYEES.

22

23

24

25

Third-Party Defendants.

26

27

COMES NOW Third-Party Defendant Overseas Operations, Inc. (hereinafter

28

"OVERSEAS"), for itself alone, responds to the within Third-Party Complaint as follows:

1

## JURISDICTION AND VENUE

1.      Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations   in Paragraph 1 of the Third-Party Complaint, and on that basis denies each and every allegation therein, except that OVERSEAS denies that it has any liability for all or part of the claims of Plaintiffs Jay and Virginia Crawford.

2.      OVERSEAS admits the allegations in Paragraph 2 of the Third-Party Complaint.

## GENERAL ALLEGATIONS

3.      Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations   in Paragraph 3 of the Third-Party Complaint, and on that basis denies each and every allegation therein, except that OVERSEAS admits that Third-Party Plaintiff manufactures and distributes component products relating to security barricade systems.

4.      Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations   in Paragraph 4 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

5.      Third-Party Defendant OVERSEAS admits the allegations in Paragraph 5 of the Third-Party Complaint.

6.      Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations   in Paragraph 6 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

ANSWER OF THIRD-PARTY DEFENDANT OVERSEAS OPERATIONS, INC.

7.      Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations   in Paragraph 7 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

8.      Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations   in Paragraph 8 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

9.      Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 9 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

10.     Third-Party Defendant OVERSEAS admits the allegations in Paragraph 10 of the Third-Party Complaint, based on a review of the Complaint attached to the Third-Party Complaint.

11.     Third-Party Defendant OVERSEAS admits that an order as alleged was placed with Delta Scientific Corporation ("DELTA");  OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegation in Paragraph 11 that such order was placed on or about August 27, 1999, and on that basis denies that allegation.

12.     Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 12 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

13.     Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 13 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

14.     Third-Party Defendant OVERSEAS admits that it ordered and specified, at the direction of Third-Party Defendant Framaco International, Inc., the Delta component parts to be

shipped, but otherwise denies the allegations in Paragraph 14 of the Third-Party Complaint.

15.     Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 15 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

16.     Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 16 of the Third-Party Complaint, and on that basis denies each and every allegation therein; OVERSEAS denies that it was involved in any manner as alleged in the last sentence of Paragraph 16.

17.     Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 17 of the Third-Party Complaint, and on that basis denies each and every allegation therein; OVERSEAS specifically denies that it has any responsibility with respect to any defects, as alleged in Paragraph 17.

18.     Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 18 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

19.     Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 19 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

20.     Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 20 of the Third-Party Complaint, and on that basis denies each and every allegation therein;   OVERSEAS specifically denies that it synchronized, designed or wired the gate in question, as alleged in Paragraph 20.

21.    Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 21 of the Third-Party Complaint, and on that basis denies each and every allegation therein; OVERSEAS specifically denies that it synchronized, designed or wired the barrier in question.

22.    Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 22 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

23.    Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 23 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

24.    Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 24 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

25.    Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 25 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

## FIRST CAUSE OF ACTION

### (Apportionment of Fault and Contribution)

26.    In response to Paragraph 26 Third-Party Defendant OVERSEAS incorporates by reference the responses set forth in Paragraphs 1 through 25.

27.    Third-Party Defendant OVERSEAS denies the allegations in Paragraph 27 of the Third-Party Complaint.

///

///

ANSWER OF THIRD-PARTY DEFENDANT OVERSEAS OPERATIONS, INC.

## SECOND CAUSE OF ACTION

### (Declaratory Relief)

28.    In response to Paragraph 28 Third-Party Defendant OVERSEAS incorporates by reference the responses set forth in Paragraphs 1 through 27.

29.    Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 29 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

30.    Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 30 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

31.    Third-Party Defendant OVERSEAS is without sufficient knowledge or information to form a belief as to the truth of the allegations in Paragraph 31 of the Third-Party Complaint, and on that basis denies each and every allegation therein.

## THIRD CAUSE OF ACTION

### (Equitable Indemnity)

32.    In response to Paragraph 32 Third-Party Defendant OVERSEAS incorporates by reference the responses set forth in Paragraphs 1 through 31.

33.    Third-Party Defendant OVERSEAS denies each and every allegation in Paragraph 33 therein.

## AFFIRMATIVE DEFENSES

34.    As a first affirmative defense, Third-Party Defendant OVERSEAS is informed and believes, and upon such information and belief alleges, that each and every cause of action alleged in the Third-Party Complaint fails to state sufficient facts to constitute a meritorious cause of action as against OVERSEAS.

35.    As a second affirmative defense, Third-Party Defendant OVERSEAS alleges that all of the claims of DELTA as against OVERSEAS are frivolous, unreasonable and without foundation; accordingly, OVERSEAS should recover all attorney's fees incurred herein, pursuant to, but not limited to, Federal Rule of Civil Procedure 11.

36.    As a third affirmative defense, Third-Party Defendant OVERSEAS has insufficient knowledge or information on which to form a belief as to whether it may have additional affirmative defenses available and reserves the right to assert such additional defenses in the event facts are discovered to support such defenses.

## **PRAYER FOR RELIEF**

WHEREFORE, OVERSEAS prays:

1.    That Third-Party Plaintiff DELTA take nothing by its Third-Party Complaint as against OVERSEAS;

2.    That OVERSEAS be awarded its fees and costs of suit herein; and

3.    For such other and further relief as the Court deems just and proper.


DATED: November 12, 2010          By *Patricia S. Waldeck*
                                  Patricia S. Waldeck
                                  Attorney for Third-Party Defendant,
                                  Overseas Operations, Inc.

ANSWER OF THIRD-PARTY DEFENDANT OVERSEAS OPERATIONS, INC.

1

<u>CERTIFICATE OF ELECTRONIC SERVICE</u>

2

3          I hereby certify that on this 15th day of November, 2010,   I caused an electronic

4   copy of the foregoing ANSWER OF THIRD-PARTY DEFENDANT OVERSEAS

5   OPERATIONS, INC. TO THE THIRD-PARTY COMPLAINT OF DELTA SCIENTIFIC

6   CORPORATION to be filed with the CM/ECF court filing system pursuant to Federal Rules of

7   Civil Procedure for all attorneys who have consented to electronic service pursuant to Local

8   Civil Rule 5-3.3 addressed to the following:

9

10

11  Christopher William Hellmich, Esq.
    Patton Boggs
12  2550 M Street NW
13  Washington, DC 20037-1350
    E-mail: chellmich@pattonboggs.com

14

15

16  Angelica  A. Ramos, Esq.
    J Alan Frederick, II
17  Marrone Robinson Frederick & Foster, LLP
    111 North 1st Street, Suite 300
18  Burbank, CA 91502
19  E-mail angelicaramos@mrfflaw.net

20

21

22

23                                          Denise Williams

24

25

26

27

28

ANSWER OF THIRD-PARTY DEFENDANT OVERSEAS OPERATIONS, INC.