J. Alan Frederick, Esq. (SBN 61170)
Angelica A. Ramos, Esq. (SBN 261472)
MARRONE, ROBINSON, FREDERICK & FOSTER
111 North First Street, Suite 300
Burbank, California 91502-1851
Ph: (818) 841-1144/Fax: (818) 841-0746
alanfrederick@mrfflaw.net
angelicaramos@mrfflaw.net

Attorneys for Defendant and Third-Party Plaintiff
DELTA SCIENTIFIC CORPORATION



UNITED STATE DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. JAY CRAWFORD, an individual, and VIRGINIA CRAWFORD, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>DELTA SCIENTIFIC CORPORATION, a California Corporation,<br><br>                Defendant.<br><br>**AND RELATED ACTIONS** | Case No.: CV10 2960 AHM (JCx)<br><br>[PROPOSED] ORDER RE STIPULATION FOR PROTECTIVE ORDER<br><br>**IT IS SO ORDERED**<br><br>Dated __1/18/11__<br><br>_____<br>**United States District Judge** |

WHEREAS Defendant and Third-Party Plaintiff, DELTA SCIENTIFIC CORPORATION ("Delta") and Third-Party Defendants FRAMACO INTERNATIONAL, INC., ("Framaco") and OVERSEAS OPERATIONS, INC. ("Overseas") entered into the attached Stipulation for Protective Order ("Stipulation") and Good Cause Appearing Thereon, it is hereby Ordered that any production and/or disclosure of "Confidential Information" (as defined in the Stipulation) shall be made pursuant to the Stipulation.