Patricia S. Waldeck, Esq. (SBN #82820)
**LAW OFFICES OF PATRICIA S. WALDECK**
633 West Fifth Street, 64th Floor
Los Angeles, California  90071
Phone:    (213) 488-5294
Facsimile: (213) 629-4563

Attorney for Defendant and Third-Party Defendant,
Overseas Operations, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. JAY CRAWFORD, and VIRGINIA CRAWFORD,<br><br>                    Plaintiffs,<br><br>vs.<br><br>DELTA SCIENTIFIC CORPORATION, FRAMACO INTERNATIONAL INC., and OVERSEAS OPERATIONS, INC.<br><br>                    Defendants. | CASE NO.: CV 2960 AHM (JCx)<br><br>**ANSWER OF OVERSEAS OPERATIONS, INC. TO FIRST AMENDED COMPLAINT**<br><br>**Courtroom 14**<br><br>**The Honorable A. Howard Matz** |
| DELTA SCIENTIFIC CORPORATION,<br><br>                    Third-Party Plaintiff,<br><br>vs.<br><br>FRAMACO INTERNATIONAL, INC.; OVERSEAS OPERATIONS, INC.; RE & RE; TANTELY RAMBELOSON; and EMBASSY ASSOCIATION SERVICES FOR EMPLOYEES,<br><br>                    Third-Party Defendants | |

COMES NOW Defendant Overseas Operations, Inc. ("Overseas"), responding as to its self alone, to the First Amended Complaint filed by Plaintiffs F. Jay Crawford and Virginia Crawford:

## I. PRELIMINARY STATEMENT

1. Responding to Paragraphs 1 and 2, Overseas lacks sufficient information and/or belief to respond, and on that basis denies each and every allegation in the First Amended Complaint.

## II. PARTIES

2. Responding to Paragraphs 3 through 6, Overseas admits the allegations in Paragraph 6 but lacks sufficient information and/or belief to respond to the remaining allegations in these paragraphs.

## III. JURISDICTION

3. Responding to Paragraphs 7 and 8, Overseas admits that it maintains its principal place of business within the jurisdiction of this court but lacks sufficient information and/or belief to respond to the remaining allegations in these paragraphs.

## IV. FACTS COMMON TO ALL COUNTS

4. Responding to Paragraphs 9 through 27, Overseas admits that Delta Scientific Corporation ("Delta") produces vehicle barricade systems, parking control equipment and guard booths, has marketed promoted, tested and sold such equipment in a variety of settings, and sold the Delta Barrier at issue from its facility in California; Overseas denies that Overseas originated the requirements and specifications or installed the equipment at issue; Overseas lacks sufficient information and/or belief to respond to the remaining allegations in these paragraphs.

## V. CAUSES OF ACTION

### COUNT I. NEGLIGENT DESIGN

5.    Overseas does not respond to any of the allegations in Paragraphs 28 through 35 as only Delta is named in this Count.

### COUNT II. NEGLIGENT MANUFACTURE

6.    Overseas does not respond to any of the allegations in Paragraphs 36 through 42 as only Delta is named in this Count.

### COUNT III. NEGLIGENT FAILURE TO WARN

7.    Responding to Paragraph 43, Overseas incorporates by reference its responses to the allegations in Paragraphs 1 through 42.

8.    Responding to Paragraphs 44 through 53, Overseas admits that it purchased a Delta Barrier on behalf of and pursuant to specifications provided by Framaco International, Inc. ("Framaco") and otherwise denies the allegations in these paragraphs.

### COUNT IV. STRICT PRODUCTS LIABILITY FOR FAILURE TO WARN

9.    Responding to Paragraph 54, Overseas incorporates by reference its responses to the allegations in Paragraphs 1 through 53.

10.    Responding to Paragraphs 55 through 63, Overseas admits that it purchased a Delta Barrier on behalf of and pursuant to specifications provided by Framaco and otherwise denies the allegations in these paragraphs.

### COUNT V. STRICT PRODUCTS FOR DESIGN DEFECT

11.    Responding to Paragraph 64, Overseas incorporates by reference its responses to the allegations in Paragraphs 1 through 63.

12. Responding to Paragraphs 65 through 68, Overseas admits that it purchased a Delta Barrier on behalf of and pursuant to specifications provided by Framaco and otherwise denies the allegations in these paragraphs.

## COUNT VI. LOSS OF CONSORTIUM

13. Responding to Paragraph 69, Overseas incorporates by reference its responses to the allegations in Paragraphs 1 through 68.

14. Responding to Paragraphs 70 through 74, Overseas lacks sufficient information and/or belief as to the truth of the allegations in these paragraphs and on that basis denies them; Overseas denies that any of its conduct was a legal cause of the alleged injuries suffered by Plaintiff Virginia Crawford.

## AFFIRMATIVE DEFENSES

15. As and for a first affirmative defense, Overseas is informed and believes and thereon alleges that Plaintiff Jay Crawford was negligent with respect to the matters alleged in the First Amended Complaint and that said negligence contributed to and proximately caused the alleged injuries and damages, if any, to Plaintiffs.

16. As and for a second affirmative defense, Overseas is informed and believes and thereon alleges that if there was any negligence which proximately caused the injuries, loss and damages sustained by the Plaintiffs, if any, such negligence was that of parties other than Overseas.

17. As and for a third affirmative defense, Overseas is informed and believes and thereon alleges that parties other than Overseas modified, altered, misused and/or failed to maintain the equipment at issue, and such conduct caused and/or contributed to the injuries, loss and damages, if any, suffered by Plaintiffs.

///

///

## PRAYER

WHEREFOR, Overseas prays for judgment as follows:

1. That Plaintiffs take nothing by their complaint;

2. For costs of suit incurred herein; and

3. For such other and further relief as this Court deems just and proper.

Dated: May 11, 2011					LAW OFFICES OF PATRICIA S. WALDECK


By _____*Patricia S. Waldeck*_____
    Patricia S. Waldeck
    Attorney for Defendant & Third-Party Defendant,
    Overseas Operations, Inc.

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on this 11th day of May, 2011, I caused an electronic copy of the foregoing ANSWER OF OVERSEARS OPERATIONS, INC. TO FIRST AMENDED COMPLAINT to be filed with the CM/ECF court filing system pursuant to Federal Rules of Civil Procedure on attorneys who have consented to electronic service pursuant to Local Civil Rule 5-3.3, addressed to the following:

Christopher William Hellmich, Esq.
Patton Boggs
2550 M Street NW
Washington, DC 20037-1350
E-mail: chellmich@pattonboggs.com

Angelica A. Ramos, Esq.
J Alan Frederick, II
Marrone Robinson Frederick & Foster, LLP
111 North 1st Street, Suite 300
Burbank, CA 91502
E-mail angelicaramos@mrfflaw.net

Gary L. Hall, Esq.
Law Offices of Gary L. Hall
1410 Rocky Ridge Drive, Suite 205
Roseville, CA 95661
E-mail ghall@hanover.com

*Denise Killings* (signature)
Denise Killings