**J. Alan Frederick, Esq. (SBN 61170)**
**Angelica A. Ramos, Esq. (SBN 261472)**
MARRONE, ROBINSON, FREDERICK & FOSTER
111 North First Street, Suite 300
Burbank, California 91502-1851
Ph: (818) 841-1144/Fax: (818) 841-0746
alanfrederick@mrfflaw.net
angelicaramos@mrfflaw.net

Attorneys for Defendant and Third-Party Plaintiff
DELTA SCIENTIFIC CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. JAY CRAWFORD, an individual, and VIRGINIA CRAWFORD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DELTA SCIENTIFIC CORPORATION, a California Corporation, <br><br> Defendant. <br><br> **AND RELATED ACTIONS** | Case No.: CV10 2960 AHM (JCx) <br><br> **ORDER RE STIPULATION FOR PROTECTIVE ORDER** |

WHEREAS Defendant and Third-Party Plaintiff, DELTA SCIENTIFIC CORPORATION ("Delta") and Plaintiffs, F. JAY CRAWFORD and VIRGINIA CRAWFORD ("Plaintiffs"), entered into the attached Stipulation for Protective Order ("Stipulation") and Good Cause Appearing Thereon, it is hereby Ordered that any

///
///
///
///

production and/or disclosure of "Confidential Information" (as defined in the Stipulation) shall be made pursuant to the Stipulation.

IT IS SO ORDERED:

DATED: August 28, 2012          By: _____

                                    A. HOWARD MATZ
                                    United States District Judge

MARRONE, ROBINSON, FREDERICK & FOSTER
A Professional Corporation
111 NORTH FIRST STREET, SUITE 300, BURBANK, CALIFORNIA 91502-1851
Ph: (818) 841-1144/Fax: (818) 841-0746

ORDER RE STIPULATION FOR PROTECTIVE ORDER

**J. Alan Frederick, Esq. (SBN 61170)**
**Angelica A. Ramos, Esq. (SBN 261472)**
MARRONE, ROBINSON, FREDERICK & FOSTER
111 North First Street, Suite 300
Burbank, California 91502-1851
Ph: (818) 841-1144/Fax: (818) 841-0746
alanfrederick@mrfflaw.net
angelicaramos@mrfflaw.net

Attorneys for Defendant and Third Party Plaintiff
DELTA SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. JAY CRAWFORD, an individual, and VIRGINIA CRAWFORD, an individual, | Case No.: CV10 2960 AHM (JCx) |
| Plaintiff, | **STIPULATION FOR PROTECTIVE ORDER** |
| vs. | |
| DELTA SCIENTIFIC CORPORATION, FRAMACO INTERNATIONAL, INC., OVERSEAS OPERATIONS, INC., AND G4S SECURE SOLUTIONS INTERNATIONAL, INC. F/K/A/ WACKENHUT INTERNATIONAL, INC. | |
| Defendant. | |
| ALL RELATED ACTIONS | |

This Stipulation is entered into by and among F. JAY CRAWFORD and VIRGINIA CRAWFORD ("Plaintiffs") and Defendant, DELTA SCIENTIFIC CORPORATION ("Defendant"), and in accordance with this Court's Order regarding Protective Orders and Treatment of Confidential Information, for a protective order regarding the production of information relating to the specifications, drawings, and similar documents relating to the security components which are the subject of Plaintiffs' Complaint and which were alleged to have been designed, manufactured or

Final-crawford
Stip_for_Protecti
ve_Order8.27.12.
doc

1  otherwise provided by Defendant for use at the United States Embassy located in

2  Paris, France (hereinafter "Design Information" or "Confidential Information") on the

3  grounds that such information may depict or describe the technical function and

4  operation of said security components which could potentially be used to disable,

5  override or otherwise defeat the purpose of the security components which have been

6  put in place to prevent access to certain locations by unauthorized persons and/or

7  vehicles.   However, no document that is publicly available, such as unclassified

8  documents that have been filed with any governmental office, or agency, including

9  but not limited to the General Service Agency, or the United States Patent and

10 Trademark Office or lawfully available on the internet or other public means, shall be

11 deemed Confidential.  Plaintiffs and Defendant hereby agree that said documents are

12 confidential and thus the production of these documents shall be restricted by the

13 following conditions of this Protective Order.

14      1. This Protective Order shall govern information embodied in the Confidential

15 Information already produced or which will be produced by Defendant in response to

16 any formal or informal discovery requests or disclosures.  This Protective Order shall

17 also govern Confidential Information embodied in deposition transcripts, responses to

18 other discovery, or any other papers or materials, as to which Confidential

19 Information is sought or obtained.

20      2.  To perfect the confidential designation and achieve the protection accorded

21 under this Stipulation, the Defendant will stamp, mark, or otherwise identify such

22 material as "**CONFIDENTIAL**". Subject to the foregoing, the parties agree that the

23 documents produced to Plaintiffs by Defendant on or about June 14, 2010, shall be

24 deemed Confidential Information and subject to this Protective Order.  In the case of

25 a deposition or oral examination, counsel may, during the deposition, designate the

26 specific answer to a question calling for Confidential Information as being subject to

27 this protective order and it shall be held confidential.  In that event, the court reporter

28 will transcribe such protected testimony apart from the regular transcript providing

MARRONE, ROBINSON, FREDERICK & FOSTER
A PROFESSIONAL CORPORATION
111 NORTH FIRST STREET, SUITE 300, BURBANK, CALIFORNIA 91502-1851
Ph: (818) 841-1144/FAX: (818) 841-0746

Final-crawford
Stip_for_Protec
tive_Order8 27
12 (2).doc

2

1   separate copies of the protected testimony in a separately bound volume identified as

2   "CONFIDENTIAL".

3       3.      Additionally, subject to the forgoing the following documents shall be

4   deemed Confidential:

5

6   **Engineering Drawings/ Cut Sheets Illustrative depictions of the barrier**
    **specifications**

7   DS 000051-52

8   DS 000084-86
    DS 0000100-103

9   DS 0000115-116

10  DS 0000119-122
    DS 0000125-126

11  DS 0000514-529

12  DS 0000552-598

13  **Engineering Change Orders/ Fly Sheets: Written explanations of the barrier**
    **specifications**

14  DS 000098-99

15  DS 0000599-634

16

17  **Operation Maintenance Manual:**
    DS 000076-82

18  DS 0000441-529 Includes the following sections: Mechanical Installation, Electrical
    Controls Hookup, Mechanical System Theory, Start Up Procedure, Trouble Shooting

19  Mechanical, Trouble Shooting Electrical, Maintenance, and Drawings

20

21      4.      Confidential materials and any copies thereof received pursuant to

22  Paragraph 4 below shall be maintained confidential by Plaintiffs, their attorneys,

23  other representatives, and expert witnesses (testifying and non-testifying), and shall

24  be used only for preparation for and presentation at the trial on this matter.   No

25  Confidential Information shall be disclosed to anyone else except as agreed in writing

26  by Defendant, through counsel, and no use shall be made of such document or

27  material except for the purposes of this litigation.

28

MARRONE, ROBINSON, FREDERICK & FOSTER
A PROFESSIONAL CORPORATION
111 NORTH FIRST STREET, SUITE 300, BURBANK, CALIFORNIA 91502-1851
Ph: (818) 841-1144/Fax: (818) 841-0746

Final-crawford
Stip_for_Protec
tive_Order8 27
12 (2).doc

STIPULATION FOR PROTECTIVE ORDER

5.     Confidential Information shall be disclosed only to "Qualified Persons." Qualified Persons are limited to:

a. Counsel of record for the parties, and the parties;

b. Non-technical and clerical staff employed by counsel of record and involved in the preparation and trial of this action;

c. Independent personnel retained by counsel of record to furnish technical or other expert services or advise or to provide expert testimony;

d. Personnel employed by a party, where genuinely needed, for preparation for the trial of this action;

e. The Court and its immediate staff;

f. Witnesses in depositions and at trial including rebuttal witnesses (who have agreed in writing to the provisions of this Protective Order).

6.     Prior to the disclosure of any Confidential material to any person, other than the Qualified Persons, in accordance with Paragraph 5 above, such person shall execute a "Written Assurance" in the form of Exhibit A, attached hereto, a copy of which shall be furnished to Defendant's counsel.  Counsel shall maintain a list of all such recipients of Confidential Information to whom this paragraph applies and the original of all Written Assurances required pursuant to this paragraph.  Counsel shall provide this list and/or copies of the Written Assurances to Defendant's counsel upon written request.  However, parties shall not be required to disclose the actual identity of any expert retained or consulted by the party until it is determined that such expert will be a testifying witness at trial and the Plaintiffs are otherwise required by the Rules to disclose the identity of that expert witness.  All non-testifying "consulting" experts shall execute the Written Assurance.

7.     The Confidential Information received shall be controlled and properly secured by Plaintiffs' counsel, Qualified Persons (or, where applicable, counsel for the party in possession of such Confidential Information) to prevent unauthorized

MARRONE, ROBINSON, FREDERICK & FOSTER
A PROFESSIONAL CORPORATION
111 NORTH FIRST STREET, SUITE 300, BURBANK, CALIFORNIA 91502-1851
Ph: (818) 841-1144/Fax: (818) 841-0746

Final-crawford
Stip_for_Protec
tive_Order8 27
12 (2).doc

4

1 access to or reproduction of the information and documentation designated as

2 Confidential.

3      8. If any party desires to file Confidential Information with the Court that party

4 shall comply with Local Rule 79.

5      9.    Confidential material may be introduced into evidence, if otherwise

6 admissible, provided that both sides shall provide the other party with ten (10) days

7 prior notice of its intent so that either party may have adequate opportunity to seek an

8 in camera determination of the treatment of such documents.

9      10.   In the event that the parties hereto disagree as to whether the

10 classification of a document or other information should remain confidential and a

11 party wishing to use it without restriction or modified restrictions, shall first seek

12 permission from Defendant. Objecting Defendant has the burden of defending its

13 classification. If no agreement can be reached, the parties shall comply with Local

14 Rule 37 and this Stipulation and Order. The prevailing party to any such dispute shall

15 be entitled to seek its attorneys fees and costs. Until the parties reach an agreement

16 or there is a determination by the Court as to the disputed classification of

17 confidential information, the information shall be treated as Confidential Information

18 as provided by this Protective Order.

19      11.   Within thirty (30) days after the termination of this lawsuit and all

20 appeals, all Confidential Information, all copies or portions thereof and all

21 memoranda or other material describing or relating to information subject to this

22 Protective Order, except those documents admitted in trial or in any proceeding, in

23 the possession of third parties not subject to this Protective Order, or filed with the

24 Court and publicly available (and not in violation of this Protective Order), shall be

25 returned to the producing party including those in the possession or control of any

26 expert. However, Plaintiffs are permitted to retain copies of such documents that are

27 necessary for its own risk mitigation, such as non-redacted deposition transcripts. In

28 the event, Plaintiffs retain any such documents for this purpose Plaintiffs shall

MARRONE, ROBINSON, FREDERICK & FOSTER
A PROFESSIONAL CORPORATION
111 North First Street, Suite 300, Burbank, California 91502-1851
Ph: (818) 841-1144/Fax: (818) 841-0746

Final-crawford
Stip_for_Protec
tive_Order8 27
12 (2).doc

**STIPULATION FOR PROTECTIVE ORDER**

identify the documents in writing to Defendant's counsel and explain how the documents will be maintained so as to ensure their continued protected status. Plaintiffs' counsel shall serve on Defendant's a declaration under oath averring that this requirement has been fully complied with.

12.    This Protective Order shall remain in effect until such time as it is modified, superseded or terminated by order of the United States District Court-Central District of California.

13.   In the event additional parties and/or counsel are brought into this case, all such parties and counsel will be asked by Defendant to enter into this Stipulation and be bound by the Protective Order.  If such parties refuse, then Defendant shall move to seek their compliance.

SO STIPULATED:


DATED: _August 27_ , 2012       PATTON BOGGS LLP



By: _Chistopl W Hellnich_
Attorneys for Plaintiffs



DATED: _August 27_ , 2012       MARRONE, ROBINSON, FREDERICK & FOSTER, A Professional Corporation



By: _/s/_
J. Alan Frederick, Esq.
Angelica A. Ramos, Esq.
Attorneys for Defendant, DELTA SCIENTIFIC CORPORATION

Final-crawford Stip_for_Protective_Order8 27 12 (2).doc

MARRONE, ROBINSON, FREDERICK & FOSTER
A PROFESSIONAL CORPORATION
111 NORTH FIRST STREET, SUITE 300, BURBANK, CALIFORNIA 91502-1851
PH: (818) 841-1144/FAX: (818) 841-0746

6

EXHIBIT "A"

## ATTACHMENT A

I, _____, do solemnly swear that I am fully familiar with the terms of the Stipulation and Order to Protect Records received regarding the information relating to the specifications, drawings, and similar documents relating to the security components which were alleged to have been designed, manufactured or otherwise provided by Delta Scientific Corporation for use at the United States Embassy located in Paris, France entered into in connection with the <u>F. Jay Crawford and Virginia Crawford v. Delta Scientific Corporations</u> and all related actions, United States District Court, Central District of California, Civil Action No. CV10 2960, and hereby agree to comply with and be bound by the terms and conditions of said Order unless and until modified by further order this Court.  I hereby consent to the jurisdiction of said Court for purposes of enforcing this Order.

DATED:_____          _____