Corine Zygelman (SBN 176667)
czygelman@murchisonlaw.com
Joon Y. Kim (SBN 266232)
jkim@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Third-Party Defendant,
Framaco International, Inc.

FILED
CLERK, U.S. DISTRICT COURT
JUN 21 2013
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| F. JAY CRAWFORD and VIRGINIA CRAWFORD,<br><br>Plaintiffs,<br><br>vs.<br><br>DELTA SCIENTIFIC CORPORATION, FRAMACO INTERNATIONAL, INC., OVERSEAS OPERATIONS, INC., AND G4S SECURE SOLUTIONS INTERNATIONAL, INC. F/K/A WACKENHUT INTERNATIONAL, INC.,<br><br>Defendants. | CASE NO. 2:10-CV-02960-AHM(JCx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>[Fed R. Civ. P. 41(a)(1)(A)(ii)] |

| | |
|---|---|
| 1 | DELTA SCIENTIFIC CORPORATION, |
| 2 | |
| 3 | Third Party Plaintiff, |
| 4 | vs. |
| 5 | FRAMACO INTERNATIONAL, INC., OVERSEAS OPERATIONS, INC., RE & RE, TANTLEY RAMBELSON, and EMBASSY ASSOCIATION SERVICES FOR EMPLOYEES, G4S SECURE SOLUTIONS INTERNATIONAL INC. F/K/A JV WACKENHUT INTERNATIONAL INC., |
| 10 | Third Party Defendants. |
| 11 | |
| 12 | G4S SECURE SOLUTIONS INTERNATIONAL INC. f/k/a WACKENHUT INTERNATIONAL, INC., |
| 14 | Cross-Claimant, |
| 15 | vs. |
| 16 | DELTA SCIENTIFIC CORPORATION, FRAMACO INTERNATIONAL, INC., OVERSEAS OPERATIONS, INC. RE & RE; EMBASSY ASSOCIATION SERVICES FOR EMPLOYEES, |
| 19 | Cross-Defendants. |

2

[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

## ORDER

Having reviewed the Stipulation of Dismissal of Entire Action with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and good cause appearing therefore, the request by Plaintiffs F. Jay Crawford and Virginia Crawford, Defendant and Third-Party Complainant Delta Scientific Corporation, Defendant and Cross-Claimant G4S Secure Solutions International Inc., and Defendants Overseas International, Inc. and Framaco International, Inc. to dismiss the entire action with prejudice is GRANTED.

Dated: 6/21/13

A. Howard Matz,
Judge, United States District Court